UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

---

**NGM INSURANCE COMPANY a/s/o DONALD and BARBARA GRAY,**

        *Plaintiff,*

-vs-

**MAYTAG CORPORATION,**

        *Defendant.*

**ORDER OF DISMISSAL**

Civil Action No.:

1:06-CV-1313, GLS/RFT

---

This matter is before the Court on the Stipulation of Dismissal made by all parties pursuant to FED. R. CIV. P. 41(a)(1)(ii). The Court, having received and reviewed the Stipulation, hereby ORDERS that the Complaint shall be dismissed, WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

SO ORDERED this 29th day of May, 2007

_____
Judge, United States District Judge

Copies to:   All counsel of record